# UNITED STATES DISTRICT COURT

__WESTERN__ District of __WASHINGTON AT SEATTLE__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (s),<br>v.<br>TABID ABUKAR MOHAMED<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: **18-CR-00132 RAJ** |

Notice is hereby given that, subject to approval by the court, __TABID ABUKAR MOHAMED__ substitutes
(Party (s) Name)

__STRYDER JAMES WEGENER__, State Bar No. __35408__ as counsel of record in
(Name of New Attorney)

place of __SEAN P GILLESPIE__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | EMERALD CITY LAW GROUP, INC |
| Address: | 100 W. HARRISON STREET, SUITE N440 |
| Telephone: | (206) 973-0407      Facsimile (206) 535-2926 |
| E-Mail (Optional): | STRYDER@EMERALDCITYLAWGROUP.COM |

I consent to the above substitution.
Date: __1/16/19__
(Signature of Party (s))

I consent to being substituted.
Date: __1/15/19__
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __1-17-2019__
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: __1/29/2019__
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]